# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>MAHMOUD GHASSAN SOUD<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:20-mj-00238-DMS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 24, 2020__ in the county of __Muni. of Anchorage__ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(8) | Possession of Firearm while Subject to Domestic Violence Order |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Katherine Nelson, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/5/20

City and state: Anchorage, Alaska

Honorable Deborah M. Smith, Chief Magistrate
*Printed name and title*