(Rev 4/18)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### EXHIBIT LIST OF DEFENDANT

Case No.: 3:20-MJ-00238-DMS          Magistrate Judge: DEBORAH M. SMITH

Title: USA

vs. MAHMOUD GHASSAN SOUD

Dates of Hearing/Trial: June 5, 2020

Deputy Clerk: KATE CROSSLEY

Official Reporter: JOY STANCEL

**Attorney for Defendant**

**GRETCHEN L. STAFT, FPD**

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 | X | 6/05/2020 | DV PROTECTIVE ORDER |
| 2 | X |  | ANCHORAGE POLICE REPORT |
| 3 | X |  | PHOTOS OF FIREARM |
| 4 | X |  | REPORT OF INVESTIGATION: FIREARM INTERSTATE NEXUS DETERMINATION |
| 5 | X |  | SPECIAL AGENT SARAH FOREMAN CURRICULUM VITAE |